# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: DIMICELI, DEBRA | § Case No. 08-09618-JS |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID GROCHOCINSKI, TRUSTEE  , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of U.S. Bankruptcy Court
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/08/2010 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  12/02/2009         By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                               Trustee

   DAVID GROCHOCINSKI, TRUSTEE
   1900 RAVINIA PLACE
   ORLAND PARK, IL  60462

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: DIMICELI, DEBRA | § | Case No. 08-09618-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,439.91 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,439.91 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID GROCHOCINSKI, TRUSTEE | $ 1,000.00 | $ 60.00 |
| *Attorney for trustee* | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 3,000.00 | $ 69.23 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 500.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,423.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 005P | INTERNAL REVENUE SERVICE | $ 3,423.77 | $ 810.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,755.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | CAPITAL RECOVERY II | $ 600.69 | $ 0.00 |
| 002 | CAPITAL RECOVERY II | $ 3,135.82 | $ 0.00 |
| 003 | NORDSTROM FSB | $ 2,202.35 | $ 0.00 |
| 004 | CHASE BANK USA NA | $ 1,313.90 | $ 0.00 |
| 005 | INTERNAL REVENUE SERVICE | $ 167.91 | $ 0.00 |
| 007 | LVNV FUNDING LLC | $ 7,633.39 | $ 0.00 |
| 008 | ECAST SETTLEMENT CORP. ASSIGNEE OF HOUSEHOLD FINANCE CORP | $ 10,486.27 | $ 0.00 |
| 009 | ECAST SETTLEMENT CORP ASSIGNEE OF | $ 1,214.87 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 4,501.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 010 | WELLS FARGO BANK NA | $ 1,543.46 | $ 0.00 |
| 011 | WELLS FARGO BANK NA | $ 2,957.66 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:   /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: preed                 Page 1 of 2                   Date Rcvd: Dec 03, 2009
Case: 08-09618                 Form ID: pdf006             Total Noticed: 34
```

The following entities were noticed by first class mail on Dec 05, 2009.
```
db          +Debra Ellen Dimiceli,    2226 Abbeywood Drive,    Apartment C,    Lisle, IL 60532-6813
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Paul H. Millewich,    Steven H. Mevorah & Associates,    134 North Bloomingdale Road,
              Bloomingdale, IL 60108-1017
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
12155443    +Alexian Brothers Medical Center,    C/O Harris & Harris, Ltd.,    600 W Jackson Blvd Ste 400,
              Chicago, IL 60661-5675
12155444    +Capital One Bank,    PO Box 70884,    Charlotte, NC 28272-0884
12155445    +Cardiovascular Associates,    C/O ATG Credit,    PO Box 14895,    Chicago, IL 60614-0895
12155446    +Chase Bank,    C/O Michael D. Fine,    131 S Dearborn St Fl 5,    Chicago, IL 60603-5571
12380198    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12155441    +Dimiceli Debra Ellen,    2226 Abbeywood Drive,    Apartment C,    Lisle, IL 60532-6813
12155447    +Fashion Bug,    PO Box 856021,    Louisville, KY 40285-6021
12155448    +HFC,    PO Box 8873,    Virginia Beach, VA 23450-8873
12155449    +HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
12155450   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    PO Box 21126,
              Philadelphia, PA  19114-0326)
12155442    +Law Offices Of Steven H Mevorah,    & Associates,    134 North Bloomingdale Road,
              Bloomingdale, IL 60108-1017
12155452    +Maurices,    PO Box 659705,    San Antonio, TX 78265-9705
12155456    +Rollins, Inc.,    C/O Infiniti Group,    2425 Commerce Ave Ste 150,    Duluth, GA 30096-1002
12155457    +Sears,    C/O Creditors Interchange,    PO Box 1335,    Buffalo, NY 14240-1335
12155458    +Victoria's Secret,    PO Box 16589,    Columbus, OH 43216-6589
12155459    +Von Maur,    C/O H & R Accounts, Inc,    PO Box 672,    Moline, IL 61266-0672
12155460    +Wells Fargo,    PO Box 98751,    Las Vegas, NV 89193-8751
13771878    +Wells Fargo Bank  NA,    4137 121st Street,    Urbandale IA 50323-2310
12587021     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark NJ 07193-5480
12528554     eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
              Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission on Dec 03, 2009.
```
12640995    +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2009 23:58:18     Capital Recovery II,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12332621     E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2009 23:58:17     GE Consumer Finance,
              For GE Money Bank,    dba CARE CREDIT/GEMB,    PO Box 960061,    Orlando FL 32896-0661
12155451    +E-mail/PDF: cr-bankruptcy@kohls.com Dec 04 2009 00:09:47     Kohl's,    PO Box 2983,
              Milwaukee, WI 53201-2983
12492189     E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12155453    +E-mail/Text: bnc@nordstrom.com                            Nordstrom,    PO Box 79134,
              Phoenix, AZ 85062-9134
12338574    +E-mail/Text: bnc@nordstrom.com                            Nordstrom FSB,    P.O. Box 6566,
              Englewood, CO 80155-6566
12155454    +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2009 23:58:18     Old Navy,    PO Box 530942,
              Atlanta, GA 30353-0942
12640996     E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2009 23:58:18
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12332620    +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2009 23:58:18
              Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12155455    +E-mail/Text: SBONNEMA@ROGENT.COM                           Rogers & Hollands Jewelers,
              8019 Innovation Way,    Chicago, IL 60682-0080
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: preed              Page 2 of 2              Date Rcvd: Dec 03, 2009
Case: 08-09618                Form ID: pdf006          Total Noticed: 34

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2009**                    **Signature:**    *Joseph Speetjens*